DANIEL CROWLEY & ASSOCIATES
37 Old Courthouse Square, Suite 200
Santa Rosa, California 95404
Telephone: (707) 525-8999

1 | DANIEL F. CROWLEY, ESQ. (State Bar No. 130261)
ROBERT M. BONE, ESQ., of Counsel (State Bar No. 181526)
2 | DANIEL CROWLEY & ASSOCIATES
37 Old Courthouse Square, Suite 200
3 | Santa Rosa, California 95404
Telephone:    (707) 525-8999
4 | Facsimile:    (707) 542-4752

5 | Attorneys for Plaintiff

6

7

8

9 | IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFONIA

10

| | |
|---|---|
| 11 | CASE NO.: C 13 1530 JSC |
| MYLEA M. CHARVAT, | |
| 12 | [PROPOSED] ORDER CONTINUING |
| Plaintiff, | CASE MANAGEMENT CONFERENCE |
| 13 | |
| v. | |
| 14 | |
| ERIC SHINSEKI, Secretary, | |
| 15 | UNITED STATES DEPARTMENT OF |
| VETERANS AFFAIRS; and | |
| 16 | DOES 1 - 50, inclusive; |
| 17 | Defendants. |

18

19 | After reviewing all documents filed with the Court regarding this matter, and good cause

20 | appearing, the Court orders as follows:

21 | The case management conference scheduled for July 11, 2013, at 1:30 p.m., before

22 | Magistrate Judge Jacqueline Scott Corley, in Courtroom F, 15th Floor, Federal Building, 450

23 | Golden Gate Avenue in San Francisco is continued to _August 22, 2013_____ at

24 | _1:30_____ p.m. / a.m. A case management conference statement shall be filed seven

25 | days prior to the conference.

26

27 | Dated: 7/1/2013                 _Jacqueline S. Corley_

28 |                                 Magistrate Judge Jacqueline Scott Corley

- 1 -

[Proposed] Order