DANIEL F. CROWLEY, ESQ. (State Bar No. 130261)
ROBERT M. BONE, ESQ., of Counsel (State Bar No. 181526)
DANIEL CROWLEY & ASSOCIATES
37 Old Courthouse Square, Suite 200
Santa Rosa, California 95404
Telephone:  (707) 525-8999
Facsimile:  (707) 542-4752

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| MYLEA M. CHARVAT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERIC SHINSEKI, Secretary,<br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS; and<br>DOES 1 - 50, inclusive;<br><br>　　　　Defendants. | CASE NO.:  C 13 1530 JSC<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

After reviewing all documents filed with the Court regarding this matter, and good cause appearing, the Court orders as follows:

The case management conference scheduled for July 11, 2013, at 1:30 p.m., before Magistrate Judge Jacqueline Scott Corley, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco is continued to August 22, 2013 at 1:30 p.m. / ~~a.m.~~ A case management conference statement shall be filed seven days prior to the conference.

Dated: 7/1/2013

_Jacqueline S. Corley_
Magistrate Judge Jacqueline Scott Corley

- 1 -
[~~Proposed~~] Order