| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612) |
| | United States Attorney |
| 2 | ALEX G. TSE (CABN 152348) |
| | Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CSBN 172954) |
| | Assistant United States Attorney |
| 4 | 150 Almaden Boulevard, Suite 900 |
| | San Jose, California 95113 |
| 5 | Telephone: (408) 535-5087 |
| | FAX: (408) 535-5081 |
| 6 | michael.t.pyle@usdoj.gov |

Attorneys for Federal Defendants

DANIEL F. CROWLEY, ESQ. (State Bar No. 130261)
ROBERT M. BONE, ESQ., of Counsel (State Bar No. 181526)
DANIEL CROWLEY & ASSOCIATES
37 Old Courthouse Square, Suite 200
Santa Rosa, California 95404
Telephone: (707) 525-8999
Facsimile:  (707) 542-4752

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYLEA M. CHARVAT, | CASE NO. 13-1530 JSC |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 31, 2014 IN LIGHT OF SETTLEMENT |
| SLOAN D. GIBSON, Acting Secretary, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al.[1] | |
| Defendants. | |

The parties, by and through their respective counsel, are pleased to notify the Court that they have settled this action. The parties have executed a settlement agreement, and the settlement agreement

---

[1] Sloan D. Gibson is substituted as a matter of law for Eric Shinseki under Federal Rule of Civil Procedure 25(d).

NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE CMC
CASE NO. CV 13-1530 JSC

provides that a stipulation of dismissal will be filed after the consideration provided for in the settlement agreement has been provided.

In light of the settlement, the parties stipulate, subject to the Court's approval, to vacate the further CMC scheduled for July 31, 2014.

Dated:  July 22, 2014                           Respectfully submitted,

                                                MELINDA HAAG
                                                UNITED STATES ATTORNEY

                                                /s/ *Michael T. Pyle*
                                        By:     _____.
                                                MICHAEL T. PYLE
                                                Assistant U.S. Attorney


                                                DANIEL CROWLEY & ASSOCIATES


                                                /s/ *Robert M. Bone*
                                        By:     _____.
                                                Robert M. Bone, Esq.
                                                Attorneys for Plaintiff


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

The further CMC scheduled for July 31, 2014 at 1:30 p.m. is vacated.  .

Dated: July 23, 2014                            _Jacqueline S. Corley_
                                                HON.  JACQUELINE S. CORLEY
                                                United States Magistrate Judge

NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE CMC
CASE NO. CV 13-1530 JSC